*tis* for petitioner. *Drury W. Cooper, D. Clyde Jones* and *Drury W. Cooper, Jr.* for respondent.

No. 526.  315 WEST 97TH STREET REALTY CO., INC. ET AL. *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. January 6, 1947.  Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Charles E. Hughes, Jr.* and *Curtiss E. Frank* for petitioners. *Acting Solicitor General Washington, Carl A. Auerbach* and *Harry H. Schneider* for respondent.

No. 653.  NORTHWESTERN MUTUAL LIFE INSURANCE CO. *v.* SUTTLES, TAX COLLECTOR, ET AL.  January 6, 1947. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Dan MacDougald* and *Robert S. Sams* for petitioner. *E. H. Sheats, Standish Thompson* and *W. S. Northcutt* for respondents.

No. 694.  VICTOR ET AL., TRUSTEES, *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. January 6, 1947. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Henry N. Rapaport* for petitioners. *Acting Solicitor General Washington, John R. Benney, Carl A. Auerbach* and *Harry H. Schneider* for respondent.

No. 699.  SWENT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  January 6, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit